## THIRD DEPARTMENT, MAY TERM, 1885.

Order affirmed, with ten dollars costs and disbursements.

William L. Fraleigh, Respondent, v. George H. Pride and another, Appellants. — Order reversed on the ground that the issue as to the release should be tried before accounting ordered.

Hat Sweat Manufacturing Company v. William H. Reinoehl. — Order reversed, cause directed to be placed on preferred calendar on the ground that it is within the spirit of Rule 36.

William Wallace, as Executor, etc., Resp ndent, v. The Rensselaer and Saratoga Railroad Company, Appellant — Judgment affirmed.

The People of the State of New York v. Knickerbocker Life Insurance Company — Order affirmed.

John Caslin, Appellant, v. James Roach, Respondent. — Order affirmed, with ten dollars costs and disbursements.

Solomon M. Schwartz and others, Appellants, v. Joseph Hyman, Respondent. — Judgment affirmed.

Frank Feldhusen, Respondent, v. Paul Weilbachen and another, Appellants. — Order reversed, with ten dollars costs and disbursements.

Thomas Herbert, Appellant, v. Thomas E. Drake, Respondent. — Judgment affirmed, with costs.

William G. Jones, Appellant, v. Ward H. Wakefield, Respondent. — Order affirmed, with ten dollars costs and disbursements.

In the Matter of Joseph P. Zelley. — Order affirmed, without costs, and without prejudice to application by petition to require the receiver to pay over the fund in his hands

The People of the State of New York, Respondent, v. Jennie Elmore, Appellant. — Judgment affirmed. Opinion by Daniels, J.

Manetta Sanford and others v. Joseph Crocheron. — Case ordered to be resubmitted by respondent furnishing points within ten days.

The People of the State of New York ex rel. Leon Van Heck v. New York Catholic Protectory. — Motion for reargument granted.

James W. Whitney and others v. Adolphus B offstadt and others. — Motion denied.

Netherland Trading Society v. Cornelius H. Delamater. — Motion denied.

David W. Bruce, Respondent, v. Uriah Welsh, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Joseph S. Mayer, Respondent, v. Louis Schissel, Appellant. — Order reversed, attachment vacated, with costs. Opinions by Davis, P. J., and by Daniels, J., dissenting.

The People of the State of New York ex rel. Mary G. Pinkney v. The Board of Assessors. — Order affirmed, without costs on opinion of Barrett, J.

The People of the State of New York ex rel. Henry Woltman v. William R. Grace,

Mayor, etc. — Writ dismissed Opinion Per Curiam.

Ann Mallach, Respondent, v. Edward A Ridley, Appellant. — Motion denied, without costs.

In the Matter of the Application of the Commissioners of Public Parks relative to Rider avenue. — Order affirmed on opinion of Lawrence, J., at Special Term.

36 645|
82 582|

### Decisions Handed Down June 17, 1885.

In the Matter of the Application of the Broadway Underground Connecting Railway for the appointment of Commissioners. — Motion for taxation of the costs of the several commissioners by whom the report was made granted, and ordered that the same be taxed at the sum of $1,000 to each of said co missioners for their respective costs, charges and expenses.

In the Matter of the Broadway Underground Connecting Railway Company. — Ordered, that the Broadway Underground Connecting Railway Company pay the costs as taxed in this proceeding, by order bearing even date herewith, to wit: The sum of $1,000 to the several commissioners by whom the report was made, or their legal representatives, within thirty days after service of copy of order to be entered hereon, and that in default of such payment said commissioners, or their representatives, be at liberty to prosecute an action for the recovery thereof.

In the Matter of Katherine Kolb, deceased. — Order modified by striking out the provision charging the appellant with costs of the appeal to the General Term, on condition that the appellant stipulate within ten days to take no further appeal in the case.

Daniel Sanford, Respondent, v. Joseph Crocheron, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

In the matter of the Petition of the New York Cable Railway Company. — Motion on behalf of the New York Cable Railway Company for leave to file su plementary affidavits in the several cases affected by motions to vacate the orders app inting commissioners, granted on payment of ten dollars costs of opposing such motion in each of the eleven cases; and the motions to vacate the orders appointing commissioners denied, on payment by the Cable Company of ten dollars costs of each motion, together with such disbursements as have occurred, without prejudice to the rights of parties opposing the construction of the road to present any objections that may be made on the coming in of the report for confirmation. Brady, J., taking no part.

In the Matter of the New York Cable Railway Company. — Motion to reopen the order and for reargument as to the route in the Broadway Boulevard. Denied with ten dollars costs.

## THIRD DEPARTMENT, MAY TERM, 1885.

In the Matter of the Attorney General v. The Atlantic Mutual Life Insurance Company. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Landon, J., and by Learned, P. J., dissenting.

Benjamin Reamer, Appellant, v. The Argus Company, Respondent. — Order reversed, with ten dollars costs and printing disbursements, and motion granted, with ten dollars costs. Opinion by Bockes, J.

The People of the State of New York ex rel. The Board of Supervisors of the County of

Ulster, Respondents, v. The Common Council of the City of Kingston, Appellants. — Order affirmed, with costs. Opinion by Landon, J.

The People of the State of New York ex rel. Philip Hoffman, Appellant, v. George Bug and others, Assessors of the City of Kingston, in the County of Ulster, Respondents. — Order affirmed, with costs. Opinion by Bockes, J.

Eli W. La Bombarde, Respondent, v. Agricultural Insurance Company of Watertown, Appellant. — Judgment reversed, new trial